# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SCHELLA HOPE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-169 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:13-cr-16) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation dated November 14, 2016, (dkt. no. 10), to which Schella Hope ("Hope") filed Objections, (dkt. no. 11). Hope's Objections are nothing more than her disagreement with the Magistrate Judge's analyses and conclusions regarding Hope's ineffective assistance of counsel claims set forth in her original pleadings. Hope's Objections are without merit.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Hope's Objections. The Court **DENIES** Hope's Motion to Vacate, Set Aside, or Correct her Sentence filed pursuant to 28 U.S.C. § 2255. (Dkt. No. 1.) The Court also **DENIES** Hope a Certificate

of Appealability and *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this <u>10</u> day of <u>January</u>, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)