# United States District Court
## Southern District of Georgia

SCHELLA HOPE,

                                                  JUDGMENT IN A CIVIL CASE

          v.                              CASE NUMBER: 2:15-cv-169
                                                                                        2:13-cr-16

UNITED STATES OF AMERICA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated January 10, 2017 adopting the Report and Recommendation of the Magistrate Judge, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____
Chief Judge Lisa Godbey Wood

Date: January 12, 2017

Scott L. Poff
Clerk

_____
(By) Deputy Clerk